1

2

3 **UNITED STATES DISTRICT COURT**

4 **NORTHERN DISTRICT OF CALIFORNIA**

5 **SAN JOSE DIVISION**

6

7 ERENIK YZEIRAJ,                                    Case No.  18-cv-03883-BLF

          Plaintiff,

8

9     v.                                          **REFERRAL FOR PURPOSE OF**
                                  **DETERMINING RELATIONSHIP**

10 RESTORATION ROBOTICS, INC., et al.,

          Defendants.

11

12

13

14        Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

15 Honorable Edward J. Davila for consideration of whether the case is related to *Guerrini v.*

16 *Restoration Robotics, Inc. et al.*, Case No. 18-CV-03712-EJD.

17       **IT IS SO ORDERED.**

18

19 Dated: July 17, 2018

20                              _____

                              BETH LABSON FREEMAN

21                               United States District Judge

22

23

24

25

26

27

28