# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THOMAS MASON, <br><br> Plaintiff, <br><br> v. <br><br> RYAN RHODES, et al., <br><br> Defendants. | Case No. 5:19-cv-03997 NC <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward J. Davila to determine whether it is related to 5:18-cv-03712 EJD, *In re: Restoration Robotics, Inc., Securities Litigation.*

IT IS SO ORDERED.

Date: August 13, 2019

_____
Nathanael M. Cousins
United States Magistrate Judge